

**SIGNED THIS 15th day of January, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 18-50784 |
| **LYNWOOD HOLDINGS INC., et al.,** | Jointly Administered |
| **A VIRGINIA CORPORATION** | |
| Debtors. | Judge Rebecca Connelly |

### ORDER (I) DENYING EMERGENCY MOTION TO RECONSIDER AND (II) CONTINUING REQUEST FOR SANCTIONS

This matter came before the Court upon the Emergency Motion to Reconsider (the "**Motion**") filed by K.I.P., LLC ("**KIP**") and the Debtors' Objection to the Emergency Motion to Reconsider (the "**Objection**"). It appearing to the Court that due and proper notice of the Motion and hearing (the "**Hearing**") thereon was proper and no further notice is necessary. Further, the Court (a) having reviewed (i) the Motion and (ii) the Objection; (b) having heard argument from KIP and from the Debtors at the Hearing; (c) determining as stated on the record in open Court at the Hearing on January 9, 2019 that the relief requested in the Motion is unwarranted; and (d) finding just cause for the continuance granted herein;

THE COURT FURTHER FINDS THAT:

1

                                     Document           Page 2 of 3

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record in open Court at the Hearing on January 9, 2019, the Motion is hereby denied in its entirety.

2. For the reasons stated on the record in open Court at the Hearing on January 9, 2019, the request of Debtor Lynwood Holdings, Inc., a Wyoming corporation for sanctions against KIP in the form of costs associated with responding to the Motion is hereby continued to March 20, 2019, at 11:00 AM at Harrisonburg, Courtroom, US Courthouse, 116 N Main St., Harrisonburg, VA 22802.

3. Upon entry of this order, the Clerk shall serve a copy of this Order on the parties on the attached service list.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

I ask for this:

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (VSB No. 30083)
ltavenner@tb-lawfirm.com
Paula S. Beran, Esquire (VSB No. 34679)
pberan@tb-lawfirm.com
David N. Tabakin, Esquire (VSB No. 82709)
dtabakin@tb-lawfirm.com
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219

Telephone: (804) 783-8300
*Counsel to the Debtors*

Seen and objected to:

/s/ *Andrew P. Hill* (Permission to affix signature received via email dated Jan. 14, 2019)
Andrew P. Hill, Esquire
Virginia Bar No. 80474
MCCARTHY & AKERS, PLC
302 W. Boscawen Street
Winchester, Virginia 22601
Phone: (540) 722-2181
Facsimile: (540) 722-2381
E-mail: ahill@mccarthyakers.com

*Counsel for John Clarke Holman and K.I.P., LLC*

**Service List for Entered Order**

Andrew P. Hill, Esquire
McCarthy & Akers, PLC
302 W. Boscawen Street
Winchester, Virginia 22601