

**SIGNED THIS 24th day of January, 2020**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 18-50784** |
| **LYNWOOD HOLDINGS INC., et al.,[1]** | **JOINTLY ADMINISTERED** |
| **A VIRGINIA CORPORATION** | |
| | **Judge Rebecca Connelly** |

### ORDER GRANTING FIRST INTERIM AND FINAL APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS DEBTORS' COUNSEL

This matter came before the Court upon the First Interim and Final Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Debtors' Counsel (the "**Application**")[2] filed by Tavenner & Beran, PLC ("**Tavenner & Beran**"); and it appearing to the Court that (i) Tavenner & Beran provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation as allowed herein is reasonable, it is hereby **ORDERED** that:

1. The Application as modified herein is hereby approved;

---

[1] The Debtor's in these Chapter 11 cases, along with each Debtor's federal tax identification number include: Lynwood Holdings, Inc. (52-2156109) and Lynwood Holdings Inc. (36-4917465). The location of the Debtors' principal place of business as of the petition date is 22 West Duck Street, Front Royal, Virginia 22630.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

2. Tavenner & Beran has agreed with the request by the Office of the United States Trustee to reduce the amount of compensation it sought by $7,701.63, which amount represents twenty-five percent of all amounts sought for Travel and Fee/Employment Applications; and as such the request for compensation in the amount of $326,382.37 in fees and $9,157.01 in costs for a total of $335,539.38 by Tavenner & Beran be and hereby is allowed on a final basis;

3. The Debtors are authorized and directed to pay to Tavenner & Beran the amount of compensation allowed herein as an administrative expense unless otherwise agreed by Tavenner & Beran.

4. Tavenner & Beran may apply the remaining portion of its Retainer to the amount of fees approved herein; and

5. Upon entry, the Clerk shall serve by electronic delivery or first-class mail, postage prepaid, copies of this Order on counsel for the Debtors and the Office of the United States Trustee.

**END OF ORDER**

We ask for this:

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
David N. Tabakin, Esquire (Va. Bar No. 82709)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

*Counsel for Debtors*

Seen and not objected to:

/s/ *Margaret K. Garber* (Permission to affix signature received via email dated 01/14/2020)
Margaret K. Garber, Esquire
Joel Charboneau, Esquire
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
Telephone: (540) 857-2806
E-mail: Margaret.K.Garber@usdoj.gov

    *Assistant United States Trustee*

**Service List for Entered Order:**

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219